Patrick J. Cerillo, Esq.
Patrick J. Cerillo, LLC
4 Walter E. Foran Blvd., Suite 402
Flemington, NJ 08822
Attorney ID No. 01481-1980
T: (908) 284-0997
F: (908) 284-0915
pjcerillolaw@comcast.net
*Attorney for Plaintiff*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| MALIBU MEDIA, LLC,<br><br>    Plaintiff,<br><br>v.<br><br>JOHN DOE subscriber assigned IP address 74.105.160.50,<br><br>    Defendant. | Civil Action No. 2:16-cv-05267-MCA-MAH |

**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL**

**WITHOUT PREJUDICE OF JOHN DOE**

**PLEASE TAKE NOTICE,** Plaintiff hereby voluntarily dismisses John Doe ("Defendant") from this action <u>without prejudice</u>. John Doe was assigned the IP Address 74.105.160.50. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: January 17, 2017

    Respectfully submitted,

    By:   /s/ *Patrick J. Cerillo*
    Patrick J. Cerillo
    pjcerillolaw@comcast.net
    4 Walter E. Foran Blvd.
    Suite 402
    Flemington, NJ 08822
    Attorney ID No.: 01481-1980
    Telephone: (908) 284-0997
    Facsimile: (908) 284-0915
    *Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on January 17, 2017, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

    By: /s/ *Patrick J. Cerillo*
    Patrick J. Cerillo, Esq.